NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERITAS TECHNOLOGIES LLC,**
*Appellant*

**v.**

**REALTIME DATA, LLC,**
*Appellee*

---

2018-1366, 2018-2323

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00972, IPR2016-01002, IPR2016-01671, IPR2016-01672, IPR2017-00364, IPR2017-00365.

---

## JUDGMENT

---

ROBERT J. GAJARSA, Latham & Watkins LLP, Washington, DC, argued for appellant. Also represented by GABRIEL BELL; ANN MARIE WAHLS, Chicago, IL; ROBERT STEINBERG, Los Angeles, CA; LISA K. NGUYEN, Menlo Park, CA; AMIT MAKKER, San Francisco, CA.

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court